UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES WELCOME and<br>ANGELA BEHARIE, H/W | CASE NO. 1:21-cv-13550 |
| *Plaintiffs* | NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| v. | |
| WILEVCO, LLC, *et al.* | |
| *Defendants.* | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, James Welcome and Angela Belaire, hereby give notice that the above-captioned matter is voluntarily dismissed, without prejudice, against the Defendants, Wilevco, LLC, Leverett P. Flint, Inc. formerly known as Wilevco, Inc., Unibloc-Pump, LLC and Nypon, Inc. formerly known as Unibloc-Pump, Inc.

DEVINE TIMONEY LAW GROUP

_____
Patrick C. Timoney (NJ 027071992)
Jessica Orr Shawaluk (NJ 046022011)
**DEVINE TIMONEY LAW GROUP**
Veva 14, Suite 404
1777 Sentry Parkway West
Blue Bell PA, 19422
(610) 400-1970
ptimoney@devinetimoney.com
jshawaluk@devinetimoney.com
*Attorneys for James Welcome and Angela Beharie*

Dated: July 15, 2021

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES WELCOME and<br>ANGELA BEHARIE, H/W | CASE NO. 1:21-cv-13550 |
| *Plaintiffs* | **CERTIFICATE OF SERVICE** |
| v. | |
| WILEVCO, LLC, *et al.* | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE**

I, Patrick C. Timoney, hereby certify that **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** has been filed via the United States District Court for the District of New Jersey's ECF filing system on July 15, 2021.

_____
Patrick C. Timoney (NJ 027071992)